ACCEPTED
05-24-00980-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/30/2025 2:03 PM
RUBEN MORIN
CLERK

**Chief Justice**

SCOTT BRISTER

**Justices**

SCOTT FIELD
APRIL FARRIS



**Clerk**

CHRISTOPHER A. PRINE

Phone: 512-463-1610

www.txcourts.gov/15thcoa

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/30/2025 2:03:10 PM
Ruben Morin
Clerk

# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

April 30, 2025

The Honorable Ruben Morin, Clerk        via EFILE Texas
Eighth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75204

RE:    Court of Appeals Number:      05-24-00980-CV
      Trial Court Case Number:      DC-24-20503

Style: Dr. Robert Tafel, et al. v. D.S.L.

Dear Mr. Morin:

     The Fifteenth Court of Appeals agrees with the Fifth Court's recommendation that the Motion to Transfer should be granted and this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(1)(C).

     Please let me know if you need any additional information.

           Sincerely,

           _____
           Christopher A. Prine, Clerk

cc:     Counsel of Record – via EFILE Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100280715
Filing Code Description: Letter
Filing Description: TRAP 27a Response
Status as of 4/30/2025 2:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 4/30/2025 2:03:10 PM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 4/30/2025 2:03:10 PM | SENT |
| Andrew Sommerman | | andrew@textrial.com | 4/30/2025 2:03:10 PM | SENT |
| Debbie Rima | | drima@textrial.com | 4/30/2025 2:03:10 PM | SENT |
| Luis Garcia | | lgarcia@scottdoug.com | 4/30/2025 2:03:10 PM | SENT |
| Ariana Chalajour | | achalajour@textrial.com | 4/30/2025 2:03:10 PM | SENT |
| Hunter Polvi | | polvih@passmanjones.com | 4/30/2025 2:03:10 PM | SENT |
| Lanessa Coppock | | coppockl@passmanjones.com | 4/30/2025 2:03:10 PM | SENT |
| Stephanie Macmillan | | Macmillans@passmanjones.com | 4/30/2025 2:03:10 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 4/30/2025 2:03:10 PM | SENT |